# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT HAMPTON III,          )
          )
        Plaintiff,        )
          )
        v.           ) Civil Case No. 10-1061 (RJL)
          )
GOVERNMENT OF THE DISTRICT    )
OF COLUMBIA, *et al.*,       )
          )
        Defendants.     )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 14 day of February 2011, it is hereby

**ORDERED** that defendants' Motion to Dismiss [#4] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge